IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SKY HARBOR ATLANTA NORTHEAST, LLC, and CRESTLINE HOTELS & RESORTS, LLC, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| AFFILIATED FM INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) ) |

CIVIL ACTION FILE NO. _____

## NOTICE OF REMOVAL

COMES NOW Affiliated FM Insurance Company ("AFM"), Defendant in the above-styled civil action, and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, files this Notice of Removal and respectfully shows the Court the following:

1.

On or about September 1, 2017, Plaintiff Sky Harbor Atlanta Northeast, LLC ("Sky Harbor") and Crestline Hotels & Resorts, LLC ("Crestline") (collectively, "Plaintiffs") filed this action against AFM in the Superior Court of Gwinnett County, State of Georgia, entitled Sky Harbor Atlanta Northeast, LLC and Crestline Hotels & Resorts, LLC v. Affiliated FM Insurance Company, Civil

112772835.3

Action File No. 17-A08648-6. All process, pleadings, and orders (except for the amended complaint cited below) served on AFM in this action are attached hereto as Exhibit 1.

2.

The original complaint filed in this action did not allege the citizenship of the Plaintiffs to allow determination of whether diversity jurisdiction exists.

3.

Based on the lack of clarity in the original complaint regarding the citizenship of the Plaintiffs, AFM sent a letter on September 14, 2017 to Plaintiffs inquiring as to their respective citizenships.  A true and correct copy of the September 14, 2017 letter is attached hereto as Exhibit 2.

4.

On September 21, 2017, Plaintiffs acknowledged receipt of AFM's letter and agreed to provide information responsive to AFM's request by September 25, 2017.  A true and correct copy of the September 21, 2017 email is attached hereto as Exhibit 3.

5.

In lieu of a response, Plaintiffs filed an Amended Complaint on September 27, 2017, which establishes the citizenship of the parties. A true and correct copy of the Amended Complaint served on AFM is attached hereto as Exhibit 4.

6.

Sky Harbor is a limited liability company. Sky Harbor's members are Constellation Capital, LLC and JVW Investments, LLC, which are both limited liability companies.

7.

The sole member of Constellation Capital, LLC is Wei Cui, who is a citizen of California.

8.

The members of JVW Investments, LLC are Vicky Yuan, who is a citizen of California, and Julia Wong, who is a citizen of Massachusetts.

9.

Crestline is a limited liability company.  The two members of Crestline are Barcelo Crestline Corp., a corporation organized under the laws of Maryland with its principal place of business in Virginia and thus a citizen of both Maryland and

Virginia for purposes of diversity, and BCE-BCC, LLC, a limited liability company.

10.

The sole member of BCE-BCC, LLC is Barcelo Corporacion Empresarial, SA, a Spanish Sociedad anonima. The members of Barcelo Corporacion Empresarial, SA are seventeen individuals who are all citizens of Spain.

11.

AFM is an insurance company organized under the laws of Rhode Island with its principal place of business in Rhode Island and is thus a citizen of Rhode Island.

12.

At all times relevant to this action, there both is and has been complete diversity of citizenship and an amount in controversy in excess of $75,000 (Ex. 4, ¶¶ 3-5, 21, 40), which satisfies the requirements for removal jurisdiction. 28 U.S.C. § 1332(a).

13.

This Notice of Removal has been timely filed within thirty (30) days after the Amended Complaint was filed and served. See 28 U.S.C. § 1446(b)(3).

14.

Pursuant to 28 U.S.C. § 90(a)(2), the United States District Court for the Northern District of Georgia, Atlanta Division, is the district court having jurisdiction over the geographical area where the state court action is pending. Pursuant to 28 U.S.C. § 1446(a), AFM is entitled to remove this action from the Superior Court of Gwinnett County, Georgia, as demonstrated above.

15.

AFM has provided written notice of its filing of this Notice of Removal to Plaintiffs and the Clerk of Court for the Superior Court of Gwinnett County, a copy of which is attached hereto as Exhibit 5.

WHEREFORE, AFM respectfully requests that the Court assume full jurisdiction of the controversy now pending between Plaintiffs and AFM in the Superior Court of Gwinnett County as provided by law.

Respectfully submitted this 5th day of October, 2017.

/s/ James V. Chin
James V. Chin
Georgia Bar No. 124827
Justan C. Bounds
Georgia Bar No.: 339789
Amanda D. Proctor
Georgia Bar No.: 776848
CARLTON FIELDS JORDEN BURT, P.A.
1201 West Peachtree Street

        Suite 3000
Atlanta, GA 30309
Telephone: (404) 815-3400
Fax: (404) 815-3415
Email: jchin@carltonfields.com
       jbounds@carltonfields.com
       aproctor@carltonfields.com

*Attorneys for Defendant*
*Affiliated FM Insurance Company*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| SKY HARBOR ATLANTA NORTHEAST, LLC, and CRESTLINE HOTELS & RESORTS, LLC, | ) ) ) ) |
| Plaintiffs, | ) ) CIVIL ACTION FILE |
| v. | ) NO. _____ ) ) |
| AFFILIATED FM INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) ) ) |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 5, 2017, I served a true and correct copy of the foregoing document this day using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

> Shattuck Ely, Esq.
> Tails Trevino, Esq.
> FELLOWS LABRIOLA LLP
> Peachtree Center
> Suite 2300 South Tower
> 225 Peachtree Street, N.E.
> Atlanta, Georgia 30303

112772835.3

Matthew J. Conroy, Esq.
Evan Schwartz, Esq.
Maria Campese, Esq.
SCHWARTZ LAW, P.C.
666 Old Country Road, 9th Floor
Garden City, NY 11530

Raymond Steinbrecher, Esq.
RAYMOND STEINBRECHER PLLC
1016 Thomas Drive
Suite 103
Panama City Beach, Florida, 32408

       /s/ James V. Chin
       James V. Chin