IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SKY HARBOR ATLANTA NORTHEAST, LLC, and CRESTLINE HOTELS & RESORTS, LLC,<br><br>Plaintiffs / Counterclaim Defendants,<br><br>v.<br><br>AFFILIATED FM INSURANCE COMPANY,<br><br>Defendant / Counterclaim Plaintiff. | CASE NO. 1:17-CV-03910-JPB |

**NOTICE OF FILING**
**Part 1**

Defendant/Counterclaim Plaintiff Affiliated FM Insurance gives notice of filing the attached exhibits 1 through 20 in support of its Memorandum of Points and Authorities Opposing Plaintiffs' Motion for Summary Judgment on Defendant/Counterclaim Plaintiff's Fraud and Civil Conspiracy Counterclaims, filed with this Court on July 10, 2020 at Dkt. 259.

Dated: July 10, 2020.

*/s/ James V. Chin*
James V. Chin
Georgia Bar No. 124827
**ZELLE LLP**
1201 W. Peachtree Street NW
Suite 610

4833-2363-1807v1

Atlanta, GA 30309
Telephone: (470) 867-3041
Fax: (612) 336-9100
jchin@zelle.com

**ZELLE LLP**

Jonathan R. MacBride (*admitted pro hac vice*)
401 Plymouth Road, Suite 120
Plymouth Meeting, PA 19462
D (484) 532-5341
F (612) 336-9100

**ZELLE LLP**

Laura Bartlow (*admitted pro hac vice*)
Elizabeth K. Kniffen (*admitted pro hac vice*)
500 Washington Ave South
Suite 4000
Minneapolis, MN 55415
D (612) 339-2020
F (612) 336-9100


*Attorneys for Defendant/Counterclaim Plaintiff Affiliated FM Insurance Company*

4833-2363-1807v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2020, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to the all attorneys of record.

/s/ James V. Chin

4833-2363-1807v1