UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SKY HARBOR ATLANTA NORTHEAST, LLC and CRESTLINE HOTELS AND RESORTS, LLC, <br>　　　　Plaintiff(s), <br><br>vs. <br><br>AFFLILIATED FM INSURANCE COMPANY, <br>　　　　Defendant(s). | CIVIL ACTION FILE <br><br> NO.  1:17-CV-3910-JPB |

## J U D G M E N T

This action having come before the Court, Honorable J. P. Boulee, United States District Judge, for consideration of Defendant's Motion for Summary Judgment and Plaintiffs' Motion for Summary Judgment on Defendant's Fraud and Civil Conspiracy Counterclaims, and the Court having granted said motions, it is

**Ordered and Adjudged** that the Plaintiffs take nothing, that the Defendant recovers its costs of this action, that Defendant's Fraud and Conspiracy Counterclaims against Plaintiffs are **dismissed** and this action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 16th day of March, 2021.

　　　　　　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　　　By:    s/ D. McGoldrick_____
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 16, 2021
James N. Hatten
Clerk of Court

By:_____s/ D. McGoldrick____
　　　　Deputy Clerk